...

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KARON HANNAH, | 1:17-cv-8066 (NLH) (JS) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| ADMINISTRATOR ALBERT C. WAGNER YOUTH CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

**APPEARANCES**:

Karon Hannah
777077/863299D
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

    Plaintiff pro se

Gurbir S. Grewal, New Jersey Attorney General
Kathryn Margaret Hansen, Deputy Attorney General
New Jersey Attorney General's Office
25 Market St
P.O. Box 112
Trenton, NJ 08625-0112

    Attorneys for Defendants

**HILLMAN, District Judge**

    WHEREAS, on May 29, 2020, Defendants moved for summary judgment on Plaintiff Karon Hannah's complaint filed under 42 U.S.C. § 1983, see ECF No. 57; and

WHEREAS, Plaintiff requested additional time to respond on June 19, 2020, see ECF No. 58,

THEREFORE, IT IS on this   30th   day of June, 2020

ORDERED that Plaintiff's request for additional time to file opposition, ECF No. 58, is granted.  The opposition is due July 20, 2020; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |