## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Camden, NJ

KARON HANNAH

                              Plaintiff,

v.                                                      Case No.:
                                                     1:17−cv−08066−KMW−SAK
                                                     Judge Karen M. Williams

ADMINISTRATOR ALBERT C.
WAGNER YOUTH CORRECTIONAL
FACILITY, et al.

                              Defendant.

### ORDER OF DISMISSAL

      This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

      **IT IS** on this 8th day of September, 2022,

      **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

      **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


                              /s/ Karen M. Williams
                              _____
                              KAREN M. WILLIAMS United States District Judge